THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY BUTLER COMEGYS,

    Petitioner,

v.

DAVID EBBERT,

    Respondents.

3:16-CV-697
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF JANUARY, 2018, upon review of Magistrate Judge Schwab's Report & Recommendation, (Doc. 15), for clear error and manifest injustice

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 15), is **ADOPTED** for the reasons discussed therein.

2. Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge